

```
               FILED              RECEIVED
               ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

                        MAR 25 2011

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
         BY:                                DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDMUND CONCEPCION, | |
| Plaintiff, | 3:11-cv-00212-RCJ-RAM |
| vs | ORDER |
| NANCY SAITTA, et al., | |
| Defendants. | |

This is a civil rights action brought *pro se* by Edmund Concepcion, a prisoner at the Lovelock Correctional Center in Lovelock, Nevada. Plaintiff has filed an application to proceed in *forma pauperis* and submitted a civil rights complaint and motion for appointment of counsel. (ECF No. 1.) However, plaintiff's application to proceed in *forma pauperis* and his complaint are not on the proper form and do not comply with the rules of court as to the necessary information and content. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings (LSR) 1-1, 1-2 and LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court."). The Court will therefore provide the plaintiff with a set of forms for filing a civil right complaint in the Court, and will deny the application as currently constituted.

Plaintiff will be given thirty (30) days in which to either submit a complete in forma pauperis application, including all of the required financial documents, or pay the full $350.00 filing fee. Plaintiff's failure to do either of these things may result in the dismissal of his lawsuit with prejudice.

///

1 **IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis (Docket #1) is **DENIED** without prejudice. Plaintiff shall have thirty (30) days in which to either submit a complete in forma pauperis application including a financial certificate on the approved from, or pay the full $350.00 filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** Petitioner the approved form for an Application to Proceed In *Forma Pauperis* by a prisoner filing a § 1983 civil rights lawsuit and the approved form and instructions for filing a civil rights complaint. The Clerk shall also include a copy of the complaint plaintiff has submitted herein. (ECF No. 1-1.)

DATED: March 25, 2011.

_____
UNITED STATES MAGISTRATE JUDGE